IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KATRINA FRANCESCA MILLS,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN STEIN, BEN FRY, McMURRY, C.O. STOCKTON,<br><br>Defendants. | CV 24–124–BLG–DWM<br><br><br><br>ORDER |

Plaintiff Katrina Francesca Mills, a state prisoner proceeding without counsel, has filed a civil rights complaint under 42 U.S.C. § 1983, alleging violations of her constitutional rights while she was incarcerated at the Montana Women's Prison. (Docs. 1, 2.) More specifically, Mills alleges that the defendants failed to protect her from other inmates and unconstitutionally delayed medical care for both her injuries and her kidney stones. (Doc. 1.) The Individual Defendants were ordered to answer, (Doc. 6), and filed a combined motion to dismiss and motion for summary judgment on November 25, 2024, (Doc. 8). To date, Mills has not responded to that motion.

Accordingly, IT IS ORDERED that Mills must file her response in opposition, if any, on or before **January 30, 2025**. If she fails to do so, the Court may resolve the pending motion on the merits with no further notice to Mills.

1

Alternatively, the case may be dismissed for failure to prosecute with no further notice to Mills. *See* Fed. R. Civ. P. 41(b).

DATED this 9th day of January, 2025.

*[signature]*
Donald W. Molloy, District Judge
United States District Court